# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MICHAEL EDWARD BOWMAN,**

    Defendant.

Case No. CR04-5621

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

    **THIS MATTER** comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

    The plaintiff appears through Assistant United States Attorney, MICHAEL DION;

    The defendant appears personally and represented by counsel, PAULA OLSON;

    The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

    The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge FRANKLIN D. BURGESS.

    *Date of hearing:*    **MARCH 3, 2006**

    *Time of hearing:*    9:30 A.M.

    **IT IS ORDERED** that the defendant be detained pending a hearing regarding his detention/release status in this matter. The hearing regarding detention/release is scheduled as follows:

    **TUESDAY, FEBRUARY 21, 2006 AT 2:00 P.M.**

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    February 17, 2006.

    */s/ J. Kelley Arnold*
    **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1